IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| American Bank of Lehigh Valley,<br>Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 02-CV-3552 |
| The Vaughn Group,<br>Defendant. | : | |

## SCHEDULING ORDER

AND NOW, this      day of October, 2002, it is hereby **ORDERED** and decreed:

1) Factual Discovery shall be completed by March 31, 2003. Consistent with the understandings and agreements reached with counsel, this court has no intention of extending this deadline.

2) A settlement conference will be scheduled before Magistrate Judge Diane Welsh. It is recommended that this conference occur between April 1, 2003 and April 21, 2003.

3) Cross-motions for Summary Judgment shall be filed by May 21, 2003.

4) Following resolution of Summary Judgment Motions, a final pretrial conference before Judge Legrome D. Davis will be scheduled approximately 21 days prior to the anticipated trial date.

BY THE COURT:

_____
Legrome D. Davis, Judge