IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN BANK OF THE LEHIGH, | : | CIVIL ACTION |
| VALLEY, t/a AMERICAN BANK | : | |
| 4029 West Tilghman Street | : | |
| Allentown, PA 18104 | : | NO. 02-cv-3552 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| THE VAUGHN GROUP, INC. | | |
| 9367 Allen Road | | |
| West Chester, OH 45069 | | |
| Defendant. | | |

**O R D E R**

AND NOW, this      day of January, 2003, it having been reported that the issues between the parties in this matter have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby **ORDERED** that this matter is DISMISSED with prejudice. It is further ORDERED that all pending motions are **DENIED** as moot. The Clerk of Court is directed to statistically close this matter.

**BY THE COURT**:


Legrome D. Davis